November 3, 1978

395 A.2d 1015

Commonwealth v. Butler, Appellant.

Submitted December 6, 1977. Robert A. Newman, for appellant; Eric B. Henson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The instant appeal is quashed without prejudice to any rights appellant may otherwise have pursuant to the Post Conviction Hearing Act, 19 P.S. § 1180–1 et seq. (Supp.1977). See, *Commonwealth v. Valezquez*, 244 Pa.Super. 327, 368 A.2d 745 (1976).

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.